# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Larry Frazier
                                Plaintiff,

v.                                                         Case No.: 3:19−cv−50121
                                                                Honorable Iain D. Johnston

Wexford Health Sources, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 13, 2022:

    MINUTE entry before the Honorable Margaret J. Schneider: Settlement conference held by videoconference on 07/13/22 between Plaintiff and Defendant CGH Medical Center. Plaintiff and Defendant CGH Medical Center reached a binding settlement agreement. The parties' settlement agreement shall be executed by 08/12/22. By 09/12/22, the parties shall file either a stipulation of dismissal or joint status report updating the Court on the status of settlement.Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.