**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| LARRY FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19–cv–50121 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | District Judge: |
| CGH MEDICAL CENTER, and | ) | Iain D. Johnston |
| MERRILL ZAHTZ, M.D., | ) | |
| | ) | Magistrate Judge: |
| Defendants. | ) | Margaret J. Schneider |
| | ) | |

**<u>JOINT STATUS REPORT</u>**

NOW COMES the Plaintiff, LARRY FRAZIER, and the Defendants, WEXFORD

HEALTH SOURCES, INC. and DR. MERRILL ZAHTZ, M.D. (together, "Wexford"), and

CGH MEDICAL CENTER (all, collectively, the "Parties"), through their respective undersigned

counsel, and, for their Joint Status Report regarding the status of discovery, state as follows:

1.      The Parties apologize to Court for the untimeliness in filing this updated Joint

Status Report.  The last Joint Status Report presented to the Court regarding the status of discovery

was on April 26, 2022.  (Dkt. #173).

2.      Pursuant to this Court's Order of April 26, 2022, a status report was to be filed by

June 29, 2022.  (Dkt. #174).  On July 8, 2022, the Court extended the time for the Parties to file a

Joint Status Report to July 15, 2022.  (Dkt. #184).

3.      As the court is aware, Plaintiff and his appointed counsel participated in a judicial

settlement conference with Magistrate Judge Schneider on July 13, 2022, and reached agreement

in principle to resolve his case against with Defendant, CGH Medical Center via settlement.  These

parties are working on exchanging settlement documents.

4.      Additionally, as previously indicated in the Parties' last Joint Status Report, the Parties were unable to complete the deposition of Plaintiff within the allotted three (3) hour period provided by the prison staff.  As a result of the three-hour cutoff, the Wexford defendants who questioned Mr. Frazier after CGH Medical Center, were denied to opportunity to fully examine Mr. Frazier on the basis of claims in this matter.  The Wexford defendants intend to proceed with the continued deposition of Mr. Frazier and are in the process of arranging the same.

5.      Plaintiff's appointed counsel anticipates taking the depositions of Dr. Zahtz, Wexford's designated Rule 30(b)(6) witness(es), and an additional medical professional(s) from Dixon Correctional Center.

6.      The Wexford defendants have requested the depositions of two of plaintiff's medical providers at CGH Medical Center.  Counsel for CGH Medical Center indicated that he will be on trial in August and September and will be unable to present these witnesses until early October 2022.

7.      In light of the foregoing, the various deadlines set by this Court's Order from April 26, 2022 (Dkt. #174) will need to be extended.  The Parties anticipate it will take 90 days to complete the necessary remaining fact discovery will be concurrently filing a motion to extend in that regard.

8.      This completes the Parties' Joint Status Report.

Dated: July 14, 2022                                        Respectfully submitted by:

*For Plaintiff Larry Frazier*                          *For Defendants Wexford Health Sources,*
                                                                     *Inc., and Dr. Merrill Zahtz*

    By:  ___/s/ Vincent C. Mancini_____
                                                                              By:  ___/s/ Victor F. Price_____
Vincent C. Mancini - #6243417

REIMER, DOBROVOLNY & LABARDI, PC
15 Spinning Wheel Road, Suite 310
Hinsdale, IL 60521
(630) 654-9547
vmancini@rdlaborlawpc.com

Robert Tengesdal - #6288650
Victor F. Price - #6313766
CONNOLLY KRAUSE LLC
500 West Madison Street – Suite 3900
Chicago, Illinois 60661
(312) 253-6200
rtengesdal@cktrials.com
vprice@cktrials.com

*For Defendant CGH Medical Center*

By:     /s/ Gregory T. Snyder

Gregory T. Snyder - #6216881
Nathan W. Friedman - #6340118
ALLEN GALLUZZO HEVRIN LEAKE, LLC
6735 Vistagreen Way, Suite 110
Rockford, IL 61107
(815) 265-6464
gsnyder@aghllaw.com
nfriedman@aghllaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2022, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and to be served upon all counsel of record by filing the same with the CM/ECF system.

                                           By:    /s/Victor F. Price