UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Larry Frazier,<br>   Plaintiff,<br><br>v.<br><br>Wexford Health Sources Inc., et al.,<br>   Defendants. | Case No. 19 CV 50121<br><br>Judge Iain D. Johnston |

## ORDER ADOPTING REPORT AND RECOMMENDATION

  Before the Court is a Report and Recommendation that this Court grant the joint motion from the plaintiff and defendant CGH Medical Center and find that their settlement agreement was reached in good faith in compliance with the Illinois Joint Tortfeasor Act, 740 ILCS 100/1, *et seq.*, that CGH Medical Center be dismissed with prejudice, and that there is no just reason to delay entering a partial judgment as to CGH Medical Center under Fed. R. Civ. P. 54(b). Judge Schneider gave until 9/28/2022 for any objection to her Report and Recommendation under Fed. R. Civ. P. 72, but none has been filed. Judge Schneider presided over the parties' settlement agreement and concluded that the amount of terms of the settlement were reasonable. In the absence of any objection to her conclusion, the Court accepts her Report and Recommendation [193], grants the motion for a good faith finding and order of dismissal [191], and dismisses CGH Medical Center with prejudice. The Court also accepts Judge Schneider's finding that there is no just reason to delay entry of a partial judgment under Fed. R. Civ. P. 54(b), and directs the Clerk to enter a partial judgment as to the plaintiff and defendant CGH Medical Center. The case continues as to the remaining two defendants, Wexford Health Sources and Merrill Zahtz.

Date: September 30, 2022    By: _____
                         Iain D. Johnston
                         United States District Judge