IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Larry Frazier,

Plaintiff(s),

v.

Wexford Health Sources, Inc. et al,

Defendant(s).

Case No. 3:19-cv-50121
Judge Iain D. Johnston

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

   which ☐ includes        pre–judgment interest.
         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered as to plaintiff Larry Frazier and defendant CGH Medical Center.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge Iain D. Johnston on a motion report and recommendation.

Date: September 30, 2022                Thomas G. Bruton, Clerk of Court

                                        \s\Yvonne Pedroza, Deputy Clerk